IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL WOODUL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 13-CV-163-JED-FHM |
| ALDEN OZMENT, | ) ) ) |
| Defendant. | ) ) |

## OPINION AND ORDER

Defendant's *Motion for Sanctions* [Dkt. No. 21] is before the court for decision. Plaintiff has filed a response [Dkt. No. 23]. No reply has been filed.

Defendant's motion seeks sanctions for Plaintiff's alleged failure to comply with the court's order granting Defendant's *Motion to Compel* [Dkt. No. 16]. After the *Motion to Compel* was granted this case was dismissed. Plaintiff subsequently filed a state court case and agreed to produce the information ordered produced by this court in the state case. Based upon these facts this court finds that sanctions are not warranted.

Defendant's *Motion for Sanctions* [Dkt. No. 21] is denied.

IT IS SO ORDERED this 14th day of November, 2013.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE